**Order entered November 28, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00761-CR

**DAVID LEE MORALES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F15-56719-I**

## ORDER

Before the Court are appellant's November 19, 2018 motions to substitute counsel and to extend the time to file appellant's brief. We **GRANT** the motions and **DIRECT** the Clerk of the Court to **REMOVE** Julie Woods and the Dallas County Public Defender's Office and **SUBSTITUTE** William A. Pigg as counsel for appellant. All future correspondence should be sent to William A. Pigg; 10455 N. Central Expressway; Suite 109; Dallas, Texas 75231; telephone: (214) 551-9391; facsimile: (214) 602-8832; email: wapigg_law@yahoo.com.

We **EXTEND** the time to file appellant's brief until **THIRTY DAYS** from the date of this order.

/s/    CRAIG STODDART
          JUSTICE